UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>v.<br><br>ALI BOZORGHADAD, et al.,<br><br>        Defendants. | Case No. 19-cv-01152-SK<br><br>**CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 17 |

Plaintiff advises the Court that the parties have reached a full settlement of this matter. (Dkt. 17.) They expect to file for dismissal within 60 days. Accordingly, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, within 60 days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after passage of 60 days, the dismissal shall be **with** prejudice.

**IT IS SO ORDERED**.

Dated: July 9, 2019

_____
SALLIE KIM
United States Magistrate Judge